**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**TOMMY BUSH,**

      **Defendant.**

**CRIMINAL ACTION NO.
1:26-CR-65-TWT-CCB**

## ORDER

The Court held a status conference on June 8, 2026, during which Defendant requested that the pretrial conference be continued for 30 days. (Doc. 36). The Court granted the oral motion and continues the pretrial conference to **Monday, August 17, 2026, at 2:30 p.m.** in **Courtroom 2022,** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. Counsel are permitted to attend the pretrial conference by video or telephone, using the Microsoft Teams platform, and the Court will send instructions to those attorneys who elect to attend remotely.[1]

**IT IS HEREBY ORDERED** that the period between the June 8, 2026 status conference, and the date of the rescheduled pretrial conference, August 17, 2026, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

---

[1] The Court extends the pretrial conference beyond the requested 30 days due to the parties' leave and trial schedules.

(B)(iv). The Court finds that the extension is necessary because the parties are engaged in discussions to potentially resolve the case, which would obviate the need to litigate the pending motions. The ends of justice served by granting the continuance therefore outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED,** this 17th day of June, 2026.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE